United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   ZAK HURICKS, et al.,                    No. C-14-2464 MMC
12          Plaintiffs,                       **ORDER DIRECTING PLAINTIFFS TO
                                              SUBMIT CHAMBERS COPY OF
13     v.                                     COMPLAINT**
14   SHOPKICK, INC.,
15          Defendant.
                                        /
16
17          On June 30, 2014, the above-titled action was reassigned to the undersigned.
18          To facilitate the Court's review of the case, plaintiffs are hereby DIRECTED to
19   submit forthwith a chambers copy of the complaint filed May 28, 2014.
20          **IT IS SO ORDERED.**
21
22   Dated:  July 3, 2014
                                              MAXINE M. CHESNEY
23                                            United States District Judge
24
25
26
27
28