1 | John Du Wors, State Bar No. 233913
2 | duwors@newmanlaw.com
  | Leeor Neta, State Bar No. 233454
3 | leeor@newmanlaw.com
  | NEWMAN DU WORS LLP
4 | 1201 Third Avenue, Suite 1600
5 | Seattle, WA 98101
  | Telephone:   (206) 274-2800
6 | Facsimile:    (206) 274-2801

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAK HURICKS, an individual, and TRISTA ROBINSON, an individual, by themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHOPKICK, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:14-cv-02464-MMC<br><br>**DECLARATION OF TRISTA ROBINSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL**<br><br>Hearing Date:     August 14, 2014<br>Hearing Time:    11:00 a.m.<br>Courtroom:         7, 19th Floor<br>Honorable Maxine M. Chesney |

I, Trista Robinson, declare as follows:

1.  I am a plaintiff in this action. I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

2.  I received a text message (the "Text Message") from Arlyne (Carrico) Sorrells stating "Hey, just gave you 50 bonus points on shopkick – a cool new app that rewards you for shopping." Attached hereto as Exhibit A is a true and correct copy of a

1  screen shot of that Text Message taken from my mobile device.

2      3.    I also received an email from Ms. Sorrells's email account promoting Shopkick that was similar to the Text Message.

4      4.    I later saw a message Ms. Sorrells posted on Facebook asking if anyone who had received the Text Message had kept it and wished to act as a class representative in a lawsuit against Shopkick. I agreed to act as a class representative.

7      5.    I am not in business with any lawyer at Newman Du Wors, and I do not have a personal relationship with Mr. Du Wors or the attorneys at Newman Du Wors. My association with Mr. Du Wors and the attorneys at his firm is strictly limited to an attorney-client relationship. Prior to this lawsuit I did not know Mr. Du Wors. I have never met Mr. Du Wors—or any attorney at Newman Du Wors—in person nor have I spoken with Mr. Du Wors on the telephone. My communications with Mr. Du Wors have only been through email.

I certify and declare under the penalty of perjury under the laws of the United States that to my knowledge the foregoing is true and correct.

Executed on July 3RD, 2014 in Seattle, Washington.

*Trista Robinson* (signature)
Trista Robinson

ROBINSON DECLARATION
14-cv-02464-MMC - 2

1201 Third Ave., Suite 1600
Seattle, Washington 98101
(206) 274-2800