United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAK HURICKS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SHOPKICK, INC.,<br><br>    Defendant.<br>_____/ | No. C-14-2464 MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S MOTION TO DISQUALIFY** |

Before the Court are two motions, each filed June 19, 2014, by defendant Shopkick, Inc.: (1) "Motion to Dismiss Complaint"; and (2) "Motion to Disqualify Plaintiffs' Counsel." Plaintiffs Zak Huricks and Trista Robinson have filed opposition, to which Shopkick has replied. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for July 22, 2014.

**IT IS SO ORDERED.**

Dated: July 22, 2014

MAXINE M. CHESNEY
United States District Judge