**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: **October 17, 2014**

**C - 14 - 2464 - MMC**

  Zak Huricks et al           v     Shopkick, Inc.

Attorneys:    Gretchen Carpenter          Brian Buckley

Deputy Clerk: **Tracy Lucero**          Reporter: **Not Reported**

**PROCEEDINGS:**

                                                                    Initial
    ( ) Status Conference      ( ) P/T Conference     (X) Case Management Conference


**ORDERED DURING HEARING:**

Briefing schedule set for Plaintiff's Class Certification Motion:
Plaintiff to file motion by April 17, 2015.
Defendant's opposition due by May 1, 2015.
Plaintiff's reply due by May 8, 2015.


(X) CASE CONTINUED TO   May 22, 2015 at 9:00 a.m.   for Plaintiff's Motion for Class Certification

(X) CASE CONTINUED TO  July 17, 2015 at 10:30 a.m.  for Further Case Mangement Conference
                                                    (Joint Case Management Statement due July 10, 2015)


(19 minutes)