United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ZAK HURICKS, an individual, and TRISTA        No. C 14-2464 MMC
     ROBINSON, an individual, by themselves
12   and on behalf of all other similarly situated,   **ORDER GRANTING IN PART AND
                                                      DENYING IN PART DEFENDANT'S**
13                    Plaintiffs,                      **MOTION TO STAY OR EXTEND
                                                      DEADLINE TO FILE CLASS**
        v.                                            **CERTIFICATION MOTION; EXTENDING**
14                                                    **DEADLINE TO FILE CLASS**
     SHOPKICK, INC.,                                  **CERTIFICATION MOTION;**
15                                                    **CONTINUING CASE MANAGEMENT
                                                      CONFERENCE; VACATING HEARING**
16                    Defendant.
                                              /
17

18        Before the Court is defendant's "Motion to Stay Litigation," filed February 3, 2015, by

19   which motion defendant seeks a stay of the above-titled action or, alternatively, an

20   extension of the deadline for plaintiffs to file their motion for class certification.  Plaintiffs

21   have filed opposition to the extent defendant seeks a stay, and defendant has replied.

22   Having read and considered the parties' respective written submissions, the Court finds the

23   matter suitable for decision thereon, VACATES the hearing scheduled for March 13, 2015,

24   and rules as follows:

25        1.  To the extent the motion seeks a stay of the action, in order to afford the Federal

26   Communications Commission ("FCC") an opportunity to respond to two petitions submitted

27   to the FCC in, respectively, October 2013 and March 2014 (see Buckley Decl. Exs. C, D),

28   the motion is hereby DENIED, as there is no showing the FCC will issue a ruling thereon,

much less within a reasonable period of time.  See American Auto. Mfrs. Ass'n v. Massachusetts Dep't of Envtl. Prot., 163 F.3d 74, 81 (1st Cir. 1998) (holding any benefit that might be realized from staying action in favor of administrative proceedings "must be balanced against the potential for delay"); Alvarado v. Bay Area Credit Service, LLC, 2015 WL 224950, at *2 (N.D. Cal. January 16, 2015) (declining to stay action for possible resolution of petitions pending before FCC, given "there [was] no indication that a decision from the FCC [was] coming any time soon").

2.  To the extent the motion seeks an order extending by three months the deadline for plaintiffs to file their motion for class certification, to afford defendant an opportunity to first file a motion for summary judgment, the motion is hereby GRANTED; the deadline for plaintiffs to file a motion for class certification is hereby EXTENDED from April 17, 2015 to July 17, 2015.

3.  In light of the above, the Case Management Conference is hereby CONTINUED from July 17, 2015, to October 23, 2015, at 10:30 a.m.  A Joint Case Management Conference Statement shall be filed no later than October 16, 2015.

**IT IS SO ORDERED**.

Dated:  March 9, 2015

MAXINE M. CHESNEY
United States District Judge

2