IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAK HURICKS, an individual, and TRISTA ROBINSON, an individual, by themselves and on behalf of all other similarly situated,<br><br>  Plaintiffs,<br>   v.<br><br>SHOPKICK, INC.,<br><br>  Defendant.<br>_____ / | No. C 14-2464 MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Before the Court is defendant's Motion for Summary Judgment, filed May 1, 2015, and noticed for hearing June 12, 2015. Also before the Court is plaintiffs' Motion for Relief Pursuant to Federal Rule of Civil Procedure 56(d), filed May 27, 2015, and noticed for hearing July 17, 2015.

In the interests of judicial economy, the Court hereby CONTINUES the hearing on defendant's motion for summary judgment to July 17, 2015, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: June 2, 2015

_____
MAXINE M. CHESNEY
United States District Judge