United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAK HURICKS, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>SHOPKICK, INC.,<br><br>        Defendant.<br>_____/ | No. C 14-2464 MMC<br><br>**ORDER GRANTING DEFERRED PORTION OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL RE: OPPOSITION TO MOTION FOR SUMMARY JUDGMENT; DIRECTIONS TO PLAINTIFFS** |

      Before the Court is plaintiffs' "Unopposed Administrative Motion Pursuant to Civil L.R. 79-5(d) to Seal Confidential Documents Related to Their Opposition to Shopkick's Motion for Summary Judgment," filed May 25, 2015, by which plaintiffs seeks permission to file under seal five documents submitted in connection with their opposition to defendant's motion for summary judgment, on the ground each such document includes or makes reference to material defendant has designated as confidential.

      By order filed June 5, 2015, the Court granted the motion as to one document, and deferred ruling as to the remaining four documents. Specifically, the Court deferred ruling on the motion to the extent it sought to seal (1) the entirety of Exhibit A to the Declaration of Leeor Neta, (2) the entirety of Exhibit B to the Declaration of Leeor Neta, (3) the entirety of plaintiffs' opposition to defendant's motion for summary judgment, and (4) Paragraphs 19 through 51 of the Declaration of George Edwards, pending defendant's filing of a

1  supplemental response identifying with particularity the sections of each of the above-
2  referenced four documents that are sealable.  On June 12, 2015, defendant filed a
3  Supplemental Declaration of Adam Sand and a Supplemental Declaration of Brian D.
4  Buckley.  Having read and considered the papers filed in support of and in response to the
5  administrative motion, including defendant's supplemental response, the Court hereby rules
6  as follows.

7  Defendant having identified with particularity the portions of each of the above-
8  referenced four documents that are sealable, the Court hereby GRANTS the deferred
9  portion of plaintiffs' administrative motion.

10  Plaintiffs are hereby DIRECTED to file in the public record, no later than June 30,
11  2015, a redacted version of each of the above-referenced four documents, redacting from
12  the public version only the portions of each such document identified as confidential by
13  defendants in the Supplemental Declaration of Adam Sand and the Supplemental
14  Declaration of Brian D. Buckley.

15  **IT IS SO ORDERED**.

17  Dated:  June 24, 2015

_____
MAXINE M. CHESNEY
United States District Judge

2