IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAK HURICKS, et al., | No. C-14-2464 MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SHOPKICK, INC., | |
| Defendant. | |

Before the Court is defendant Shopkick, Inc.'s ("Shopkick") "Motion for Summary Judgment," filed May 1, 2015. Plaintiffs Zak Huricks and Trista Robinson have filed opposition, to which Shopkick has relied. Also, with leave of court, the parties have filed supplemental briefs.[1] Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for August 14, 2015.

**IT IS SO ORDERED.**

Dated: August 11, 2015

MAXINE M. CHESNEY
United States District Judge

---

[1] Plaintiffs failed to provide the Court with a chambers copy of their Statement of Supplemental Authority and a supporting declaration, each filed July 31, 2015. Nonetheless, the Court has considered those documents. For future reference, plaintiffs are reminded that, pursuant to Civil Local Rule 5-1(e)(7) and the Court's Standing Orders, parties are required to provide for use in chambers one paper copy of each document that is filed electronically.