UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZAK HURICKS, et al.,

    Plaintiffs,

v.

SHOPKICK, INC.,

    Defendant.

Case No. 14-cv-02464-MMC   (JD)

**JUDGMENT**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(x) **Decision by Court.** This action came on a motion before the Court and a decision has been rendered. Shopkick's motion for summary judgment is hereby GRANTED.

The case is ordered closed.

**IT IS SO ORDERED.**

Dated: August 25, 2015

    Richard W. Wieking
    Clerk, United States District Court

    Lisa R. Clark
    Deputy Clerk to the Honorable Maxine Chesney