FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 26 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ZAK HURICKS and TRISTA ROBINSON,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>SHOPKICK, INC.,<br><br>        Defendant - Appellee. | No. 15-16894<br><br>D.C. No. 3:14-cv-02464-MMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellants' motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:


By: Margaret A. Corrigan
Circuit Mediator

mac/mediation

/Mediation